IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00062-RPM-BNB

MICHAEL N. HUGHES,

    Plaintiff,

v.

CACH, LLC.,

    Defendant.

___

ORDER DISMISSING CASE WITH PREJUDICE
___

    Pursuant to the Stipulation to Dismissal, filed March 27, 2012 [8], it is

    ORDERED that this civil action is dismissed with prejudice and with the parties to bear their own costs.

    DATED: March 28th, 2012

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge